■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE M. SANTIAGO, Appellant. [873 NYS2d 229]—Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered August 27, 2002. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEQUAN WILLIAMS, Appellant. [873 NYS2d 229]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered July 19, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.